# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL VIVEROS,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 11-08846-MMM (JEM)<br><br>J U D G M E N T |

In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further proceedings consistent with the Report and Recommendation.

DATED: November 7, 2012

                                                            MARGARET M. MORROW<br>                                              UNITED STATES DISTRICT JUDGE