UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL VIVEROS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN M. COLVIN,<br>Acting Commisioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 11-08846-MMM (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the records on file and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees be GRANTED and that Plaintiff is awarded $18,030.75 in attorney's fees and Plaintiff's counsel is ORDERED to send Plaintiff the amount of $5,700 in EAJA fees awarded on January 14, 2013.

DATED: June 3, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE